**DENIED and Opinion Filed April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00484-CV

### IN RE STEPHEN C. SCANLON, Relator

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-04599**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Relator filed this petition for writ of mandamus after the trial court denied his motion for enforcement of the possession order in this suit affecting the parent-child relationship. Relator contends the trial court committed plain legal error in interpreting the language of its order. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Lana Myers/

150484F.P05

LANA MYERS
JUSTICE